## Commonwealth v. Collins, Appellant.

Before McDonald, P. J.

Submitted November 11, 1974. *Patrick T. Kiniry,* Assistant Public Defender, for appellant; *Ralph F. Kraft,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Copney, Appellant.

Submitted November 11, 1974. *John H. Corbett, Jr.,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.